WO **JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Reed Cooper, | No. CV 05-3293-PHX-MHM-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, et al. | |
| Defendants. | |

Before the Court is Defendant the Pinal County Sheriff's Motion for Reconsideration (Doc. # 28). The Court will deny the motion and will provide Defendant 10 days to file a second motion to dismiss.

**I.    Reconsideration Standard**

Motions for reconsideration should be granted only in rare circumstances. Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D.Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993), cert. denied, 512 U.S. 1236 (1994). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" Defenders of Wildlife, 909 F. Supp. at 1351 (quoting Above the Belt, Inc. v. Mel Bohannon Roofing, Inc., 99 F.R.D. 99, 101 (E.D.Va. 1983)).

Here, Defendant makes no showing that reconsideration is appropriate. Defendant submitted supplementary evidence that was available to him when he filed his initial motion to dismiss. Consequently, attempting to introduce that evidence in a Motion for Reconsideration is inappropriate and will not be considered. Defendant has also not demonstrated that the Court's decision to deny the initial motion to dismiss was clear error. Nor has Defendant argued that there has been an intervening change in the law.

Further, pursuant to Local Rule of Civil Procedure 7.2(g), Plaintiff is not permitted to respond to a Motion for Reconsideration, preventing him from addressing Defendant's evidence. Consequently, the motion will be denied. But because the Court denied Defendant's first motion without prejudice, the Court will provide Defendant with 10 days to file a second motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Reconsideration (Doc. # 28) is **denied**.

**IT IS FURTHER ORDERED** that Defendant has 10 days to file a second Motion to Dismiss.

DATED this 22nd day of May, 2007.

_____
Mary H. Murguia
United States District Judge